UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DARNELL WESLEY MOON, et al., | ) |
| Plaintiff, | ) |
| v. | ) No. 1:16-CV-208 ACL |
| CHARLES DOERGE, V, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff has failed to comply with the Court's Order dated September 6, 2016, in which the Court ordered him to pay the filing fee no later than October 1, 2016. As a result, this action is dismissed for failure to prosecute. Fed. R. Civ. P. 41(b).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice.

An Order of Dismissal will be filed separately.

Dated this 24th day of October, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE